```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

**FILED**
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br>**8524 Florin Road,**<br>**2004 Michigan Boulevard,**<br>**3541 Sun Maiden Way**<br>**910 Striker Avenue, Suite B**<br>**950 Riverside Parkway, Suite 70**<br>**23526 Rosewood Road**<br>**1900 Danbrook Drive, Unit #1611**<br>**28 W. Main Street**<br>**1240 Stags Leap Road**<br>**5542 E. Kings Canyon Road**<br>**1515 N. Willow Avenue** | 2:13-SW-663 CKD<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: October 7, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE